# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM EVANS RUSSELL

VERSUS

DEBORAH SHARP RUSSELL

NO.   2026 CW 0627

**JULY 29, 2026**

---

In Re:   Deborah Sharp Russell, applying for rehearing, Family Court in and for the Parish of East Baton Rouge, No. 216548.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**STAY DENIED; APPLICATION FOR REHEARING DENIED.**

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT